1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 4  DEBBY BURNETT, | No. 1:15-cv-03182-MKD |
| 5              Plaintiff, | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |
| 6  vs. | |
| 7  CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| 8              Defendant. | |

On June 27, 2016, the parties filed a stipulated motion to dismiss to with prejudice.  ECF No. 18.  The parties consented to proceed before a magistrate judge.  ECF No. 6.  The Court has reviewed the stipulated motion.  After consideration,

**IT IS ORDERED** that the stipulated motion to dismiss the complaint, ECF **No. 18, is granted**. The complaint **is dismissed** with prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed to dismiss the complaint with prejudice, file this order, provide copies to the parties and **CLOSE** the file.

DATED this 28th day of June, 2016.

       *S/ Mary K. Dimke*
      MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1